IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. BRAVO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>A.P. KANE,<br><br>　　　　Respondent.<br>_____ | No. C 05-3426 MMC (PR)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>(Docket No. 9) |

　　　Victor J. Bravo, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has filed a notice of appeal, which the Court construes as including a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000).  Accordingly, the request for a certificate of appealability is DENIED.

　　　The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

　　　This order terminates Docket No. 8.

　　　IT IS SO ORDERED.

DATED: December 1, 2005

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge