IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR J. BRAVO,<br><br>           Petitioner,<br><br>  v.<br><br>A.P. KANE,<br><br>           Respondent.<br>_____ | No. C 05-3426 MMC (PR)<br><br>**ORDER STRIKING PETITION FOR WRIT OF MANDAMUS AND SECOND ADDENDUM**<br><br>(Docket Nos. 16 & 17) |

On August 24, 2005, Victor J. Bravo ("Bravo"), a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Additionally, on September 30, 2005, petitioner filed herein a petition for a writ of mandate. On October 25, 2005, the latter petition was denied for lack of jurisdiction and the initial petition was dismissed without prejudice to Bravo's refiling his claims as a civil rights action. Thereafter, both this Court and the United States Court of Appeals for the Ninth Circuit denied petitioner's request for a certificate of appealability. On February 17, 2006, petitioner filed herein a second petition for a writ of mandate, as well as a "Second Addendum."

As the above-titled case is closed, the new petition and addendum are not properly filed herein, and, accordingly, are hereby ordered STRICKEN.

This order terminates Docket Nos. 16 and 17.

IT IS SO ORDERED.

DATED: March 13, 2006

_____
MAXINE M. CHESNEY
United States District Judge